MEMORANDUM ENDORSEMENT

Kollias v. Lobue, et al.,
22 CV 1852 (VB)

      The attached application for the Court to request pro bono counsel is DENIED. The Court has considered the type and complexity of this case and plaintiff's ability to litigate it. The Court does not find any exceptional circumstances in plaintiff's application meriting the appointment of counsel at this time.

      As the Court has previously advised Ms. Kollias, she may wish to contact the New York Legal Assistance Group Legal Clinic for Pro Se Litigants ("NYLAG") for assistance (although not legal representation) in this case. Attached is a copy of the NYLAG information sheet.

      The Clerk is instructed to terminate the motion. (Doc. #9).

Dated: March 16, 2022
      White Plains, NY

SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAR 15 2022
PRO SE OFFICE

Danielle Kollias

_____
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Tina LoBue, ET AL

_____
(List the full name(s) of the defendant(s)/respondent(s).)

22 CV 1852 (VB) (___)

**Application for the Court to Request Pro Bono Counsel**

I ask the Court to request a pro bono attorney to represent me in this action.

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☑ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.)

I need an attorney to assist me in this case, because there is several dialect that I am not schooled in to comprehend. Also I need an attorney to assure that all orders are generated in the proper format and time frame.

PRO SE INTAKE WINDOW LOCATIONS:
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601
MAILING ADDRESS:
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

Rev. 4/14/2021

3. retainer fees, as well I have had trouble locating an attorney that is affiliated with federal court at a low income cost for representation.

I reached out to the Hudson Valley Justice Center, however they do not represent this type of case. I was given the Westchester Bar Associations number.

Upon contacting attorneys from WBA, I was informed that they do not take on cases that have formerly pro se.

3. Explain what steps you have taken to find an attorney. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have reached out to Legal Services HV, however they handle cases only dealing with LGBQT community. And I have reached out to private attorney, but am unable to afford their

4. If you speak a language other than English, state the language: _____. (The Court may not be able to find a volunteer attorney who speaks your language.)

I understand that if an attorney volunteers to represent me and learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

I understand that even if the Court grants this application, there is no guarantee that an attorney will volunteer to represent me.

3/15/2022
Date

22-cv-01852-VB  Danielle S. Kollias
Signature

Kollias, Danielle, S
Name (Last, First, MI)

_____
Prison Identification # (if incarcerated)

103-105 McLean Ave Apt 2D  Yonkers  NY  10705
Address                     City       State  Zip Code

(914)839-9349
Telephone Number

dkollias91686@gmail.com
E-mail Address (if available)

Click Here to Save

2



**NYLAG**
NEW YORK LEGAL ASSISTANCE GROUP

Since 1990, NYLAG has provided free civil legal services to New Yorkers who cannot afford private attorneys.

# Free Legal Assistance for Self-Represented Civil Litigants in Federal Court in Manhattan and White Plains

The NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves or planning to represent themselves in civil lawsuits in the Southern District of New York. The clinic, which is not part of or run by the court, assists litigants with federal civil cases including cases involving civil rights, employment discrimination, labor law, social security benefits, foreclosure and tax.

To make an appointment for a consultation, call (212) 659-6190 or come by either clinic during office hours. Please note that a government-issued photo ID is required to enter either building.

**The clinic offers in-person appointments only. The clinic does not offer assistance over the phone or by email.**

Thurgood Marshall
United States Courthouse
Room LL22
40 Centre Street
New York, NY 10007
(212) 659 6190

Open weekdays
10 a.m. - 4 p.m.
Closed on federal and court holidays

The Hon. Charles L. Brieant Jr.
Federal Building and Courthouse
300 Quarropas St.
White Plains, NY 10601
(212) 659 6190

Open Wednesday
12:00pm-4:00pm

Closed on federal and court holidays

Disclaimer: The information contained herein is for informational purposes only and is not legal advice or a substitute for legal counsel, nor does it constitute advertising or a solicitation.


UJA Federation of New York